IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CRIMINAL MINUTES - INITIAL APPEARANCE, ARRAIGNMENT,
BOND/DETENTION HEARING/PRELIMINARY EXAM

Case No.: 1:15CR34                               Date: 11/20/15

| **Defendants:** | **Counsel:** |
|---|---|
| **Joshua Berry; custody** | **Nancy Dickenson; AFPD** |
| **Emmanual Foster; custody** | **Dan Bieger; appt; James Turk, Jr.; appt** |
| **Sarah Berry; custody** | **Tom Scott, appt; David Freedman; appt** |

PRESENT:  JUDGE:           Pamela Meade Sargent      TIME IN COURT: 10:18 – 10:46
          Deputy Clerk:    Ella Surber
          Court Reporter:  Ella Surber, FTR
          U. S. Attorney:  Zachary Lee
          USPO:            Jeremy Keller
          Case Agent:      Stephen Levesque
          Interpreter:     N/A

## INITIAL APPEARANCE AND BOND HEARING

☒ Initial Appearance. Defendant(s) advised of charges, rights and nature of proceedings.
☐ Government moves to unseal case. Court grants motion.
☒ Defendant requests appointment of counsel. CJA 23 completed; counsel appointed.
☐ Bond hearing held. Record proceedings, witnesses, etc
☐ Government does not oppose bond.
☒ Defendant(s) not eligible for bond because are currently being held on state court charges without bond.
☐ Bond set at Amount, type, i.e., secured, unsecured, property, cash, corporate surety.
☐ Deft. notified of right to consular notification under the Vienna Convention.

In addition to the standard conditions of release, the following special conditions of release are imposed:

☐ The defendant shall avoid contact outside the presence of his/her counsel with any alleged victims or potential witnesses regarding his/her case.
☐ The defendant shall report as directed by the probation officer, and shall promptly report any personal status changes to the probation officer: this shall include immediately reporting any contact by law enforcement officers regarding a criminal investigation or any additional criminal charges placed against the defendant; the defendant shall continue to reside at his/her current residence, and shall not change residences without first obtaining permission from the probation officer.
☐ The defendant shall abstain from the excessive OR any use of alcohol or any use or possession of any controlled substances unless prescribed by a licensed treating physician for a legitimate medical purpose.
☐ The defendant shall not possess a firearm or other dangerous weapon and shall reside in a residence free of such.
☐ The defendant shall submit to random drug and or alcohol testing as directed by the probation officer.
☐ The defendant shall not travel outside the Western District of Virginia without first obtaining permission from the probation officer.
☐ The defendant shall submit to warrantless search and seizure of his/her person and property as directed by the probation officer for the purpose of determining if he/she is in compliance with his/her conditions of pretrial release.
☐ The defendant shall actively seek and/or maintain employment.
☐ The defendant shall maintain or commence an education program.
☐ The defendant shall surrender his/her passport to the Probation Office to be held pending further order of the court; the defendant shall not apply to obtain a passport.
☐ The defendant shall not associate with any known users/possessors of illegal controlled substances and shall not be present in any location where illegal controlled substances are being used and/or distributed, unless approved by his/her supervising officer in cooperation with law enforcement officers.

| | The defendant shall be placed on home detention subject to electronic monitoring and all residential absences must be approved in advance by the probation officer. |
|---|---|
| ☐ | The defendant shall continue in his/her currentmental health OR substance abuse OR both counseling/treatment program at his/her own expense. |
| ☐ | The defendant shall allow the probation officer open communication with any treatment agencies or health care providers for the purpose of monitoring the defendant's compliance with all treatment requirements. |
| ☐ | Any animals on the premises of the defendant's residence must be restrained in a way so as to not interfere with the probation officer's access to the defendant's residence and to ensure the officer's safety. |
| ☐ | Defendant advised of penalties and sanctions for failure to appear and/or violating conditions of release. |

## DETENTION

☐ Government moves for detention. (Can be continued for up to 3 days)
☐ Government moves for continuance of detention hearing.
☐ Defendant(s) moves for continuance of detention hearing. (Can be continued for up to 5 days)
☐ Detention hearing continued to KEYBOARD().
☐ Detention hearing held. Record proceedings, witnesses, etc
☐ Findings of Fact:

## PRELIMINARY EXAM
(Only if arrested on criminal complaint)

☐ Defendant does not contest probable cause.
☐ Preliminary exam waived. Waiver form executed by parties.
☐ Preliminary Exam held. Record proceedings, witnesses, etc
☐ Probable cause found. Order will enter.
☐ Probable cause not found. Court orders complaint dismissed. Order will enter.

## ARRAIGNMENT

☒ Defendant(s) waives reading of Indictment/Information.  ☐ Indictment/Information read.
☒ Defendant(s) is arraigned and specifically advised of rights (Rule 11 F.R.C.P).

DEFENDANT(S) PLEADS:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | | All Counts | | |
| 2 | | All Counts | | |
| 3 | | All Counts | | |
| 4 | | | | |

☒ Jury trial set for July 18-29, 2015; set out side speedy trial; defts to file waivers.
☒ Pretrial conference set for July 1, 2015 at 10:30 a.m..
☐ Trial to be set by Clerk upon arrest of all defendants.
☒ Defendant(s) remanded to custody.
☐ Defendant(s) released on bond.

Additional Information:
Court advises counsel that a pretrial order will be entered setting deadlines; all counsel is appointed as if this was a death penalty case and a budge will be set; order to be entered allowing discovery to be placed on file at the jail