# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

## CRIMINAL MINUTES - GUILTY PLEA HEARING

**Case No.:** 1:15CR34  **Date:** 05/17/2016

**Defendant:** Joshua Robert Berry, Custody   **Counsel:** Nancy Dickenson, Appointed

PRESENT:
- JUDGE: James P. Jones   TIME IN COURT: 9:34 – 10:19 a.m.
- Deputy Clerk: Allison Blaylock / Felicia Clark
- Court Reporter: Bridget Dickert, OCR
- U. S. Attorney: Anthony Giorno & Zachary Lee
- Case Agent: Stephen Levesque
- Interpreter: N/A

**PROCEEDINGS:**

☒ Plea Agreement filed with court prior to court hearing.
☒ Defendant re-arraigned as to Counts 3, 4, 5, 9 and 11 of the Indictment
☒ Defendant placed under oath. Court questions defendant regarding his physical and mental condition, and advises defendant of his rights, and the nature and possible consequences of his plea.
☒ Court accepts plea of guilty.
☒ Government summarizes evidence to support plea and rests.
☒ Court finds defendant guilty as charged in 3, 4, 5, 9 and 11 of the Indictment to which defendant pled guilty.

**DEFENDANT PLEADS:**
**(list counts)**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | Counts 3, 4, 5, 9 and 11 of the Indictment | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

☒ Court orders Presentence Report.
☒ Defendant remanded to custody.
☒ Sentencing hearing scheduled for September 29, 2016 at 2:30 p.m. in Abingdon before Judge James P. Jones.